| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>FOX, JAMES C. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, NC | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>P.O. BOX 2143<br>WILMINGTON, NC 28402 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 1 |
| 2. TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 2 |
| 3. TRUSTEE | FOUNDATION # 1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 2 | A | Dividend | J | T | | | | | |
| 2. - AUTOMATIC DATA PROCESSING INC COMM | | | | | Sold (part) | 12/15/11 | J | | |
| 3. - MEDTRONIC COMM | | | | | | | | | |
| 4. - MICROSOFT CORP COMM | | | | | | | | | |
| 5. - PFIZER COMM | | | | | | | | | |
| 6. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 7. IRA # 1 | B | Dividend | N | T | | | | | |
| 8. - AMAZON COM INC COMM | | | | | Buy | 01/20/11 | K | | |
| 9. | | | | | Buy (add'l) | 02/17/11 | K | | |
| 10. | | | | | Sold | 07/08/11 | L | D | |
| 11. - GENERAL ELECTRIC CAP CORP NOTE BOND | | | | | Sold | 02/17/11 | K | | |
| 12. - GREENHAVEN CONTINUOUS ET COMMODITY INDEX FD MF | | | | | Buy (add'l) | 07/26/11 | K | | |
| 13. - ISHARES COMEX GOLD TRUST MF | | | | | Sold (part) | 12/05/11 | J | B | |
| 14. - I SHARES DOW JONES US OIL & GAS EXPL & PROD INDEX MF | | | | | Sold (part) | 12/05/11 | J | A | |
| 15. - POWERSHARES DB COMMODITY INDEX TRAKING FD MF | | | | | Buy (add'l) | 07/26/11 | K | | |
| 16. | | | | | Sold (part) | 12/05/11 | J | A | |
| 17. - POWERSHARES DB AGRICULTURE FUND MF | | | | | Sold (part) | 12/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - POWERSHARES DB BASE METALS FUND MF | | | | | Sold (part) | 12/05/11 | J | | |
| 19. - SCHERING PLOUGH CORP NOTE BOND | | | | | Sold | 02/17/11 | J | A | |
| 20. - UNITED STATES GASOLINE FUND LP MF | | | | | Sold (part) | 12/05/11 | J | A | |
| 21. - WILLIS LEASE FINANCE CORP | | | | | | | | | |
| 22. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 23. BROKERAGE # 1 | | | | | | | | | |
| 24. - EATON VANCE FUND MF # 2 | E | Dividend | P1 | T | | | | | |
| 25. - FEDERATED CAPITAL APPRECIATION EXCHANGE FUND MF # 2 | B | Dividend | M | T | | | | | |
| 26. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | A | Interest | J | T | | | | | |
| 27. BROKERAGE # 2 | | | | | | | | | |
| 28. - AMAZON COM INC COMM | | None | J | T | Buy | 09/30/11 | J | | |
| 29. | | | | | Sold | 10/12/11 | J | A | |
| 30. | | | | | Buy | 12/13/11 | J | | |
| 31. - ARCHER DANIELS MIDLND CO COMM | A | Dividend | J | T | | | | | |
| 32. - CAMPBELL SOUP CO COMM | A | Dividend | J | T | | | | | |
| 33. - CONAGRA FOODS CO COMM | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - CREE, INC | | None | | | Buy | 06/09/11 | J | | |
| 35. | | | | | Buy (add'l) | 06/14/11 | J | | |
| 36. | | | | | Sold | 07/08/11 | J | | |
| 37. - DEL MONTE FOODS CO COMM | A | Dividend | | | Sold | 03/09/11 | J | C | |
| 38. - EATON VANCE FUND MF # 1 | E | Dividend | P1 | T | | | | | |
| 39. - FEDERATED CAPITAL APPRECIATION EXCHANGE FUND MF # 1 | B | Dividend | M | T | | | | | |
| 40. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | A | Interest | J | T | | | | | |
| 41. CHESTNUT STREET EXCHANGE FUND MF # 1 | D | Dividend | O | T | | | | | |
| 42. INVESCO VAN KAMPEN EXCHANGE FUND MF # 1 | D | Dividend | L | T | | | | | |
| 43. CHESTNUT STREET EXCHANGE FUND MF # 2 | D | Dividend | O | T | | | | | |
| 44. INVESCO VAN KAMPEN EXCHANGE FUND MF # 2 | E | Dividend | M | T | | | | | |
| 45. CITIENERGY LLC | A | Distribution | J | T | | | | | |
| 46. COACH INC COMM | B | Dividend | L | T | | | | | |
| 47. FOREXCO, INC. | B | Distribution | J | T | | | | | |
| 48. TRUST # 1 | E | Dividend | O | T | | | | | NOTE A |
| 49. - ARTIO INTL EQUITY MF | | | | | Sold (part) | 03/10/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | Sold (part) | 04/16/11 | J | A | |
| 51. | | | | | Sold (part) | 05/03/11 | J | B | |
| 52. - CALAMOS MARKET NEUTRAL MF | | | | | | | | | |
| 53. - DODGE & COX INCOME FUND MF | | | | | Buy (add'l) | 05/13/11 | K | | |
| 54. - DODGE & COX INTERNATIONAL MF | | | | | Sold (part) | 03/10/11 | J | C | |
| 55. | | | | | Sold (part) | 04/16/11 | J | B | |
| 56. | | | | | Sold (part) | 05/03/11 | J | C | |
| 57. - DWS SHORT TERM DURATION PLUS FUND MF | | | | | Sold | 09/06/11 | K | | |
| 58. - EXXON MOBILE CORP COMM | | | | | | | | | |
| 59. - FEDERATED TREASURY OBLIGATIONS FD M/M | | | | | | | | | |
| 60. - ING REAL ESTATE FUND MF | | | | | | | | | |
| 61. - HEARTLAND VALUE PLUS INST MF | | | | | Buy | 05/03/11 | K | | |
| 62. - LOOMIS SAYLES BOND FUND MF | | | | | | | | | |
| 63. - MUNDER MID CAP CORE GROWTH FUND MF | | | | | Sold (part) | 03/10/11 | J | C | |
| 64. | | | | | Sold (part) | 04/16/11 | J | B | |
| 65. | | | | | Sold (part) | 05/13/11 | K | E | |
| 66. | | | | | Sold (part) | 09/06/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. - PIMCO EMERGING MARKETS BOND FUND MF | | | | | Sold (part) | 09/06/11 | J | B | |
| 68. - PIMCO HIGH YIELD FUND MF | | | | | | | | | |
| 69. - PIMCO LOW DURATION FUND MF | | | | | | | | | |
| 70. - PRUDENTIAL SHORT TERM CORPORATE BOND FD MF | | | | | Buy | 09/02/11 | K | | |
| 71. - RS GLOBAL NATURAL RESOURCES FUND MF | | | | | | | | | |
| 72. - SCHRODER US OPPORTUNITY FD MF | | | | | Buy | 05/03/11 | K | | |
| 73. - SSGA FUNDS EMERGING MKTS MF | | | | | Sold (part) | 05/03/11 | J | C | |
| 74. - VANGUARD SHORT TERM BOND INDEX FUND MF | | | | | | | | | |
| 75. - WELLS FARGO ADVISORS INTRINSIC VALUE FUND MF | | | | | | | | | |
| 76. - WELLS FAGO ADVISORS STRATEGIC GROWTH FUND MF | | | | | | | | | |
| 77. - WESTPORT FDS SELECT CAP FD MF | | | | | Sold (part) | 03/10/11 | J | C | |
| 78. | | | | | Sold (part) | 04/16/11 | J | B | |
| 79. TRUST # 2 | E | Dividend | O | T | | | | | NOTE B |
| 80. - ARTIO INTL ENERGY MF | | | | | Sold (part) | 05/03/11 | J | B | |
| 81. - CALAMOS MARKET NEUTRAL MF | | | | | | | | | |
| 82. - COLUMBIA INCOME FUND MF | | | | | | | | | |
| 83. - DODGE & COX INTNL FUND MF | | | | | Sold (part) | 05/03/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. - DWS SHORT TERM DURATION PLUS MF | | | | | Buy (add'l) | 05/03/11 | J | | |
| 85. | | | | | Sold | 09/06/11 | K | | |
| 86. - FEDERATED TREASURY OBLIGATIONS FD M/M | | | | | | | | | |
| 87. - GOLDEN LG CORE VALUE FD MF | | | | | | | | | |
| 88. - GOLDMAN SACHS LARGE CAP VALUE FUND MF | | | | | | | | | |
| 89. - GOLDMAN SACHS GRTH OPPORTUNITIES FD MF | | | | | | | | | |
| 90. - HEARTLAND VALUE PLUS INST MF | | | | | Buy | 11/7/11 | K | | |
| 91. - ING INTNL REAL ESTATE FD MF | | | | | | | | | |
| 92. - JANUS MID CAP VALUE FD MF | | | | | | | | | |
| 93. - NUVEEN FLAGSHIP NC MUNI BOND FD MF | | | | | Sold (part) | 09/06/11 | J | A | |
| 94. - PARNASSUS EQUITY INCOME FUND MF | | | | | | | | | |
| 95. - PIMCO EMERGING MARKETS BOND FUND MF | | | | | | | | | |
| 96. - PIMCO LOW DURATION FUND MF | | | | | Buy (add'l) | 05/03/11 | J | | |
| 97. - PRUDENTIAL SHORT TERM CORPORATE BOND FD MF | | | | | Buy | 09/12/11 | K | | |
| 98. - ROYCE VALUE PLUS FD MF | | | | | Sold | 11/07/11 | K | D | |
| 99. - RS GLOBAL NATURAL RESOURCES FUND MF | | | | | | | | | |
| 100. - SCHRODER US OPPORTUNITY FD MF | | | | | Buy | 11/07/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. - SSGA FDS EMERGING MKTS FUND MF | | | | | Sold (part) | 05/03/11 | J | C | |
| 102. - T ROWE PRICE REAL ESTATE FD MF | | | | | | | | | |
| 103. - VANGUARD SHORT TERM BOND INDEX FUND MF | | | | | Buy (add'l) | 05/03/11 | J | | |
| 104. - WELLS FARGO ADVISORS INTRINSIC VALUE FUND MF | | | | | | | | | |
| 105. FOUNDATION # 1 | E | Dividend | N | T | | | | | NOTE C |
| 106. - AT&T INC COMM | | | | | Buy | 09/22/11 | K | | |
| 107. - ABBOTT LABORATORIES COMM | | | | | Buy | 09/22/11 | K | | |
| 108. | | | | | Buy (add'l) | 12/21/11 | K | | |
| 109. - BAXTER INTERNATIONAL INC COMM | | | | | Buy | 12/21/11 | K | | |
| 110. - BB&T CORP COMM | | | | | | | | | |
| 111. - BP AMOCO COMM | | | | | Sold (part) | 09/22/11 | L | D | |
| 112. - CHEVRON CORPORATION COMM | | | | | Buy | 09/22/11 | K | | |
| 113. - DUKE ENERGY CORP NEW COMM | | | | | | | | | |
| 114. - ELI LILLY & CO COMM | | | | | Sold (part) | 09/22/11 | K | E | |
| 115. | | | | | Sold | 12/21/11 | K | E | |
| 116. - EXXON MOBIL CORP COMM | | | | | Buy | 09/22/11 | K | | |
| 117. - FAIRPOINT COMMUNICATIONS INC COMM | | | | | Closed | 02/11/11 | | | NOTE D |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118.  - FRONTIER COMMUNICATIONS CORP | | | | | Sold | 09/22/11 | J | | |
| 119.  - JOHNSON & JOHNSON COMM | | | | | Buy | 09/22/11 | K | | |
| 120. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 121.  - NUVEEN MULTI-STRATEGY INCOME & GRTH FUND MF | | | | | | | | | |
| 122.  - PFIZER INC COMM | | | | | | | | | |
| 123.  - PIEDMONT NATURAL GAS COMM | | | | | Sold (part) | 09/22/11 | K | E | |
| 124.  - SCANNA CORP COMM | | | | | Buy | 09/22/11 | K | | |
| 125.  - SPECTRA ENERGY CORP COMM | | | | | | | | | |
| 126.  - VERIZON COMMUNICATIONS COMM | | | | | Sold (part) | 09/22/11 | K | D | |
| 127.  - VERIZON MARYLAND BOND | | | | | Redeemed | 11/28/11 | J | A | |
| 128.  - WELLS FARGO CO COMM | | | | | | | | | |
| 129.  - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 130.  - WILLIS LEASE FINANCE CORP COMM | | | | | | | | | |
| 131. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE A - Under the distributive provisions of the Tust # 1, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE B - Under the distributive provisions of the Tust # 2, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE C - James C. Fox is a co-trustee of the Foundation # 1, a trust created and operated for charitable, religious, scientific and educational purposes. The assets of the trust approximated $490,794.3 at December 31, 2011.

NOTE D - Bankruptcy: worthless 02/11/11.

NOTE E - Abbreviations used in the descriptions of assets, Part VII include the following: "COMM" designates common stock; "PREF" designates preferred stock; "M/M" designates a cash equivalent money market account; "BOND" designates a corporate bond; "MUNI" designates a tax exempt bond; and "MF" designates a mutual fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JAMES C. FOX**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544